## EAST CLEVELAND (city) v NAU

### SAME v WEST

### SAME v McGRATH, et

### SAME v EDWARDS

### SAME v BARTH, et

Ohio Supreme Court

Nos. 23143-4-5-6-7. Decided Dec 16, 1931

Matthias, Day, Allen, Kinkade and Robinson, JJ, concur. Marshall, CJ, concurs in the judgment.

Full opinion will be published later. Watch **Omnibus Index.**

## DOWD-FEDER CO v SCHREYER

Ohio Supreme Court

No. 22778. Decided Dec 23, 1931

Marshall, CJ, Day, Allen and Kinkade, JJ, concur. Robinson, J, concurs in the syllabus, but dissents from the judgment.

Full opinion will be published later. Watch **Omnibus Index.**